UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/6/2026
```

GS,

                Petitioner,

-against-

KRISTI NOEM, *in her capacity as Secretary of the Department of Homeland Security*, et al.,

                Respondents.

1:25-cv-8150-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that, in light of Petitioner's prior filing of a petition in his full name, 25-cv-05941 (MMG), whose case number Petitioner has repeatedly cited in filings in this action, and without objection from his current counsel [*see* ECF No. 13], by January 12, 2026, Petitioner shall re-file the First Amended Petition in his full name and omit redactions of his name. The Court will thereafter request that the Clerk of Court amend the caption.

IT IS FURTHER ORDERED that insofar as Petitioner was charged $405.00 to commence this action, instead of the $5.00 required to file a petition for a writ of habeas corpus, the Clerk of Court shall refund Petitioner $400.00 [*see* ECF Nos. 1, 25].

IT IS FURTHER ORDERED that by January 12, 2026, the parties shall file a joint letter informing the Court whether ICE has provided Plaintiff's counsel with notice of a new Post Order Custody Review ("POCR") and whether a new POCR has occurred [*see* ECF Nos. 22, 23, 24]. The Court is aware that Petitioner "seek[s] immediate release from custody" in all events [ECF No. 24 at 2], which request is *sub judice*.

**SO ORDERED.**

**Date:   January 6, 2026**
     **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**