UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GS, | USDC SDNY |
| | DOCUMENT |
| Petitioner, | ELECTRONICALLY FILED |
| | DOC #:_____ |
| -against- | DATE FILED:__1/12/2026__ |
| | |
| KRISTI NOEM, *in her capacity as Secretary of the Department of Homeland Security*, et al., | 1:25-cv-8150-MKV |
| | ORDER AMENDING CAPTION |
| Respondents. | |

MARY KAY VYSKOCIL, United States District Judge:

The Clerk of Court respectfully is requested to amend the case caption to reflect Petitioner's

name as set forth in the Amended Petition at docket entry 27.

**SO ORDERED.**

**Date:  January 12, 2026**                                    _Mary Kay Vyskocil_
**          New York, NY**                                     **MARY KAY VYSKOCIL**
                                                               **United States District Judge**