**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
GERSON JOSUE SANTAMARIA TURCIOS,

                                  Petitioner,                25 **CIVIL** 8150 (MKV)

        -against-                            **JUDGMENT**

MARKWAYNE MULLIN, in his capacity as
Secretary for the United States Department of
Homeland Security, et al.,

                                 Respondents.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated April 30, 2026, Petitioner's motion for voluntary

dismissal without prejudice is DENIED, and the Petition for a writ of habeas corpus and request

for emergency relief are DENIED; accordingly, the case is closed.

**DATED:**  New York, New York
           May 1, 2026

                                     **TAMMI M. HELLWIG**
                                    _____
                                       **Clerk of Court**

                  **BY:**   _____
                                    **Deputy Clerk**